Dora V. Lane (Nevada Bar No. 8424)
dlane@hollandhart.com
S. Jordan Walsh (Nevada Bar No. 13481)
sjwalsh@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511-2094
Phone: (775) 327-3000; Fax: (775)786-6179

Gary E. DiGrazia, Esq. (Nevada Bar No. 198)
gdigrazia@frontiernet.net
David M. Stanton, Esq. (Nevada Bar No. 4389)
davidstanton@frontiernet.net
Goicoechea, DiGrazia, Coyle
& Stanton, Ltd.
530 Idaho Street
P.O. Box 1358
Elko, Nevada 89801
Phone: (775) 738-8091; Fax: (775) 738-4220

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EUFEMIA GUILLEN,<br><br>Plaintiff,<br><br>v.<br><br>B.J.C.R., LLC., a Nevada Limited Liability Company; B.J.H.S., LLC, a Nevada Limited Liability Company; R.C.S.J., LLC, a Nevada Limited Liability Company; Dhilan One, L.L.C., a Nevada Limited Liability Company; CHAMPAK LAL, an Individual; and BHARAT B. LAL, an Individual,,<br><br>Defendants. | Case No.: 3:20-cv-317-MMD-WGC<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL** |

//
//
//
//
//

1

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

1  Defendants B.J.C.R., LLC., a Nevada Limited Liability Company; B.J.H.S., LLC, a
2  Nevada Limited Liability Company; R.C.S.J., LLC, a Nevada Limited Liability Company; Dhilan
3  One, L.L.C., a Nevada Limited Liability Company; CHAMPAK LAL, an Individual; and
4  BHARAT B. LAL, an Individual, do hereby substitute Anthony L. Hall, Esq. and Sandra C.
5  Ketner, Esq., of the law firm of Simons Hall Johnston, PC, as their attorneys in this action in place
6  and stead of Dora V. Lane, Esq. and S. Jordan Walsh, Esq., of the law firm of Holland & Hart,
7  LLP, and Gary E. DiGrazia, Esq. and David Stanton, Esq., of the law firm of Goicoechea,
8  DiGrazia, Coyle & Stanton, Ltd.

9  DATED this 6th day of June, 2021.

| Signature | Title |
|---|---|
| For B.J.C.R., LLC | Managing Member |
| For B.J.H.S., LLC | Managing Member |
| For R.C.S.J., LLC | Managing Member |
| For Dhilan One, LLC | Managing Member |
| Champak Lal | Self |
| For Bharat B. Lal | Managing Member |

21  Dora V. Lane, Esq. and S. Jordan Walsh, Esq. of the law firm of Holland & Hart LLP, and
22  Gary E. DiGrazia, Esq. and David Stanton, Esq., of the law firm of Goicoechea, DiGrazia, Coyle
23  & Stanton, Ltd., hereby consent to the substitution of Anthony L. Hall, Esq. and Sandra C. Ketner,
24  Esq. of the law firm of Simons Hall Johnston, PC as attorneys in this action for Defendants
25  B.J.C.R., LLC., a Nevada Limited Liability Company; B.J.H.S., LLC, a Nevada Limited Liability
26  Company; R.C.S.J., LLC, a Nevada Limited Liability Company; Dhilan One, L.L.C., a Nevada
27  Limited Liability Company; CHAMPAK LAL, an Individual; and BHARAT B. LAL, an
28  Individual, in their place and stead.

DATED this 7th day of June, 2021

                HOLLAND & HART LLP

                */s/ Dora Lane*

                Dora V. Lane (Nevada Bar No. 8424)
                HOLLAND & HART LLP
                5441 Kietzke Lane, Suite 200
                Reno, NV 89511-2094
                Phone: 775.327.3000
                Fax: 775.786.6179
                dlane@hollandhart.com

DATED this 7th day of June, 2021

                HOLLAND & HART LLP

                */s/ Jordan Walsh*

                Jordan Walsh (Nevada Bar No. 13481)
                HOLLAND & HART LLP
                5441 Kietzke Lane, Suite 200
                Reno, NV 89511-2094
                Phone: 775.327.3000
                Fax: 775.786.6179
                SJWalsh@hollandhart.com

                Attorneys for Defendants

DATED this 4th day of June, 2021

                GOICOECHEA, DiGRAZIA, COYLE &
                STANTON, LTD

                */s/ Gary E. DiGrazia*

                Gary E. DiGrazia (Nevada Bar No. 198)
                GOICOECHEA, DiGRAZIA, COYLE &
                STANTON, LTD
                530 Idaho Street
                Elko, NV 89801
                Phone: (775)738-8091
                Fax: (775)738-4220

///

///

HOLLAND & HART LLP
5441 KIETZKE LANE, SUITE 200
RENO, NV 89511-2094

DATED this 4th day of June, 2021

        GOICOECHEA, DiGRAZIA, COYLE & STANTON, LTD

_/s/ David Stanton_
David Stanton (Nevada Bar No. 4389)
GOICOECHEA, DiGRAZIA, COYLE & STANTON, LTD
530 Idaho Street
Elko, NV 89801
Phone: (775)738-8091
Fax: (775)738-4220
Davidstanton@frontiernet.net

Attorneys for Defendants

    Anthony L. Hall, Esq. and Sandra C. Ketner, Esq. of the law firm of Simons Hall Johnston, PC hereby agree to be substituted as attorneys for Defendants B.J.C.R., LLC., a Nevada Limited Liability Company; B.J.H.S., LLC, a Nevada Limited Liability Company; R.C.S.J., LLC, a Nevada Limited Liability Company; Dhilan One, L.L.C., a Nevada Limited Liability Company; CHAMPAK LAL, an Individual; and BHARAT B. LAL, an Individual, in this action in the place of and stead of Dora V. Lane, Esq. and S. Jordan Walsh, Esq. of the law firm of Holland & Hart LLP, and Gary DiGrazia, Esq. and David Stanton, Esq., of the law firm of Goicoechea, DiGrazia, Coyle & Stanton, Ltd.

DATED this 4th day of June, 2021

        SIMONS HALL JOHNSTON, P.C.

_/s/ Anthony Hall_
Anthony Hall, Esq, Nevada Bar No 5977
SIMONS HALL JOHNSTON, PC
6490 S. McCarran Blvd, Ste F-46
Reno, NV 89509
(775)785-0088

//

DATED this 4th day of June, 2021

SIMONS HALL JOHNSTON, P.C.

/s/ Sandra Ketner
Sandra Ketner, Nevada Bar No 8527
SIMONS HALL JOHNSTON, PC
6490 S. McCarran Blvd, Ste F-46
Reno, NV 89509
(775)785-0088

IT IS SO ORDERED:

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

DATED: June 8, 2021

5