JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Dr., Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/(702) 258-6983 fax
jp@kemp-attorneys.com

BARBARA W. GALLAGHER, ESQ.
Nevada Bar No. 5315
KIDWELL & GALLAGHER
790 Commercial Street
Elko, NV 89801
(775) 738-1000/(775-753-8600 fax
barbara@kidwellgallagher.com

Attorneys for Plaintiff EUFEMIA GUILLEN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

| | |
|---|---|
| EUFEMIA GUILLEN, <br> Plaintiff, <br> vs. <br> B.J.C.R. L.L.C., a Nevada Limited Liability Company; B.J.H.S., LLC., a Nevada Limited Liability Company; R.C.S.J., LLC, a Nevada Limited Liability Company; Dhilan One L.L.C., a Nevada Limited Liability Company; CHAMPAK LAL, an Individual; and BHARAT B. LAL, an Individual, <br> Defendants. | Case No.: 3:20-cv-317-MMD-WGC <br><br> **STIPULATION AND ORDER REGARDING ECF NO. 25** |

On June 4, 2021 the court held a Status Conference regarding the parties Discovery Status Report (ECF No. 23). The parties were directed to further meet and confer regarding the production of Plaintiff's immigration records requested by Defendants' Requests for Production Nos. 6, 7, 8, and 9. After further meet and confer efforts the Plaintiff has supplemented her Responses to the

Requests at issue and has agreed to obtain the records from the United States Citizenship and Immigration Services (USCIS) and produce them to Defendants subject to a tailored stipulated protective order for the documents that should be kept confidential. Plaintiff's counsel will provide certification that the USCIS records have been requested no later than July 16, 2021. The parties hereby stipulate that this resolves the prior disagreement on these Requests and the briefing requested by the court will not be necessary. The court is requested to vacate its order for briefing as such briefing has become moot.

DATED this 9th day of July, 2021.

KEMP & KEMP, ATTORNEYS AT LAW

/s/ James P. Kemp
James P. Kemp, Esq.
Nevada Bar No. 6375
Kemp & Kemp, Attorneys at Law
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
*Attorneys for Plaintiff*

DATED this 9th day of July, 2021.

SIMONS HALL JOHNSTON PC

/s/ Sandra C. Ketner
Anthony L. Hall
Nevada Bar No. 5977
Sandra C. Ketner
Nevada Bar No. 8527
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

DATED: July 12, 2021