JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Dr., Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/(702) 258-6983 fax
jp@kemp-attorneys.com

BARBARA W. GALLAGHER, ESQ.
Nevada Bar No. 5315
KIDWELL & GALLAGHER
790 Commercial Street
Elko, NV 89801
(775) 738-1000/(775-753-8600 fax
barbara@kidwellgallagher.com
Attorneys for Plaintiff EUFEMIA GUILLEN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\*\*\*

| | |
|---|---|
| EUFEMIA GUILLEN,<br><br>                              Plaintiff,<br><br>vs.<br><br>B.J.C.R. L.L.C., a Nevada Limited Liability Company; B.J.H.S., LLC., a Nevada Limited Liability Company; R.C.S.J., LLC, a Nevada Limited Liability Company; Dhilan One L.L.C., a Nevada Limited Liability Company; CHAMPAK LAL, an Individual; and BHARAT B. LAL, an Individual,<br><br>                              Defendants. | Case No.: 3:20-cv-00317-MMD-CSD<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO COUNTERMOTION FOR PROTECTIVE ORDER UNDER FRCP RULE 26(c)**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 Plaintiff EUFEMIA GUILLEN ("Plaintiff"), by and through her undersigned counsel, hereby moves to extend time to file a Reply to Opposition to her Countermotion for Protective Order filed February 22, 2022 (ECF No. 58). Defendants filed their Opposition on March 8, 2022 (ECF No. 62 and 63). That makes the Reply to Opposition due on March 15, 2022. Plaintiff is seeking an extension to Friday, March 25, 2022 for the

reasons set forth herein and this is the first request for an extension of this deadline. The
Plaintiff seeks this extension on the following grounds:

1. On March 4, 2022 Plaintiff's undersigned counsel James P. Kemp, Esq. left on a
long-planned two week vacation including an ocean cruise that runs from March
5, 2022 through March 17, 2022. This vacation is to celebrate counsel's 25th
wedding anniversary with his wife which was on March 8. Thus the Defendants'
Opposition to the Countermotion for Protective Order relating to Plaintiff's
immigration records was filed while counsel was onboard the ship celebrating his
milestone Silver Anniversary with his wife;

2. Plaintiff's undersigned counsel is the primary attorney working on the
countermotion briefing and is the attorney that filed the countermotion on
February 22. Co-counsel Ms. Gallagher has not worked as extensively on this
issue;

3. While undersigned counsel has been away, his ailing 89 year old mother's health
took a turn for the worse and she has been placed in hospice care and given a
short time to live. Dealing with these family matters has also taken time and
attention for Mr. Kemp;

4. Defense counsel Sandra Ketner was contacted by Ms. Gallagher to ask about a
one-week extension and Ms. Ketner declined to agree stating that she would only
agree to an extension to March 18. Mr. Kemp emailed Ms. Ketner on March 15,
2022 to ask her to reconsider granting an extension to March 25 for the reasons
set forth above. As of this writing Ms. Ketner has not responded to this request.
Plaintiff's counsel pointed out that all he was asking for was the one week period

that he would ordinarily have had were it not for his vacation as he returns to the office on Friday, March 18, and so an extension to Friday, March 25 would simply give him the time that he lost due to his being away on vacation.

Accordingly, the Plaintiff requests that the court grant this motion and extend the time for Plaintiff to file a Reply to the Opposition to Countermotion cited above through and including March 25, 2022.

Respectfully submitted,

DATED __15th day of_ March _, 2022.        /s/ James P. Kemp
                                            JAMES P. KEMP, ESQ
                                            Nevada Bar No. 6375
                                            KEMP & KEMP
                                            7435 W. Azure Drive, Suite 110
                                            Las Vegas, Nevada 89130
                                            (702) 258-1183
                                            Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

_____
THE HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

Dated: March 16, 2022 _____.