**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

EUFEMIA GUILLEN, )
                      Plaintiff, )
vs. ) Case No.: 3:20-cv-00317-ART-CSD
    )
B.J.C.R. L.L.C., a Nevada Limited Liability ) ORDER GRANTING
Company; B.J.H.S., LLC., a Nevada Limited )
Liability Company; R.C.S.J., LLC, a Nevada ) **STIPULATION TO EXTEND**
Limited Liability Company; Dhilan One L.L.C., a ) **TIME TO FILE PROPOSED**
Nevada Limited Liability Company; CHAMPAK ) **JOINT PRE-TRIAL ORDER**
LAL, an Individual; and BHARAT B. LAL, an )
Individual, )
    )
                      Defendants. )
    ) (FIRST REQUEST)

    Pursuant to LR IA 6-1 and LR 26-3, Defendants and Plaintiff Eufemia Guillen ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend time for the parties to file their proposed Joint Pre-Trial Order from the current deadline of July 1, 2024 through and including **August 1, 2024**. This is the first request for an extension of this specific deadline. The requested

1

extension is sought in good faith and not for purposes of undue delay. The reasons for the extension are as follows:

1. Plaintiff's counsel, JAMES P. KEMP, ESQ., has been having to care for his sister who has been hospitalized for most of the past two months for a series of treatments for a potentially terminal illness and complications that have arisen out of that illness. He is her only family and support in Las Vegas to help in her care.

2. Plaintiff's counsel, BARBARA W. GALLAGHER, ESQ., has been preparing for and conducting a trial in Portland, Oregon that just recently was concluded in June, 2024.

3. As result of the above scheduling conflicts Plaintiff's counsel has not had time to address the issues and complete a draft of the proposed Joint Pre-Trial Order.

4. The Parties believe that an additional month should provide enough time to complete and file the proposed Joint Pre-Trial Order.

Accordingly, additional time is needed and the parties request that the court grant this extension. IT IS SO STIPULATED.

Dated this 30th day of June 2024.

KEMP & KEMP

_____/s/ James P. Kemp_____
James P. Kemp, Esq.
Barbara W. Gallagher, Esq.

*Attorneys for Plaintiff*

Dated this 30th day of June 2024.

SIMONS HALL JOHNSTON PC

_____/s/Sandra C. Ketner_____
Anthony L. Hall, Esq.
Sandra C. Ketner, Esq.

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

Dated: July 2, 2024

2