# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
***

| | |
|---|---|
| EUFEMIA GUILLEN, | ) |
|             Plaintiff, | ) |
| vs. | ) Case No.: 3:20-cv-00317-ART-CSD |
| | ) |
| B.J.C.R. L.L.C., a Nevada Limited Liability Company; B.J.H.S., LLC., a Nevada Limited Liability Company; R.C.S.J., LLC, a Nevada Limited Liability Company; Dhilan One L.L.C., a Nevada Limited Liability Company; CHAMPAK LAL, an Individual; and BHARAT B. LAL, an Individual, | ) **ORDER GRANTING** ) ) **STIPULATION TO EXTEND TIME TO FILE PROPOSED JOINT PRE-TRIAL ORDER** ) ) (SECOND REQUEST) |
|             Defendants. | ) |

Pursuant to LR IA 6-1 and LR 26-3, Defendants and Plaintiff Eufemia Guillen ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend time for the parties to file their proposed Joint Pre-Trial Order from the current deadline of August 1, 2024 through and including **August 15, 2024**. This is the second request for an extension of this specific deadline. The requested extension is sought in good faith and not for purposes of undue delay. The reasons for the extension are as follows:

1

1. Plaintiff's counsel, JAMES P. KEMP, ESQ., has been continuing to have to care for his sister who has been hospitalized repeatedly for treatments for a potentially terminal illness and complications that have arisen out of that illness. He is her only family and support in Las Vegas to help in her care. In addition, his sister is an associate attorney at his law firm and he has been having to help cover matters in her cases.

2. As result of the above scheduling conflicts Plaintiff's counsel has not had time to address the issues and complete a draft of the proposed Joint Pre-Trial Order. Defense counsel has provided an initial draft and the parties hope to complete a final draft and make any final edits within the next two weeks.

3. The Parties believe that an additional two weeks should provide enough time to complete and file the proposed Joint Pre-Trial Order.

Accordingly, additional time is needed and the parties request that the court grant this extension. IT IS SO STIPULATED.

Dated August 1, 2024.

KEMP & KEMP

_____/s/ James P. Kemp_____
James P. Kemp, Esq.
Barbara W. Gallagher, Esq.

*Attorneys for Plaintiff*

Dated August 1, 2024.

SIMONS HALL JOHNSTON PC

_____/s/Sandra C. Ketner_____
Anthony L. Hall, Esq.
Sandra C. Ketner, Esq.

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

Dated: August 6, 2024

2