**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\*\*\*

| | |
|---|---|
| EUFEMIA GUILLEN, ) <br> Plaintiff, ) <br> vs. ) <br>  ) <br> B.J.C.R. L.L.C., a Nevada Limited Liability ) <br> Company; B.J.H.S., LLC., a Nevada Limited ) <br> Liability Company; R.C.S.J., LLC, a Nevada ) <br> Limited Liability Company; Dhilan One L.L.C., a ) <br> Nevada Limited Liability Company; CHAMPAK ) <br> LAL, an Individual; and BHARAT B. LAL, an ) <br> Individual, ) <br>  ) <br> Defendants. ) <br>  ) | Case No.: 3:20-cv-00317-ART-CSD <br><br> **ORDER TO EXTEND TIME PARTIES TO FILE MOTIONS IN LIMINE** <br><br> (FIRST REQUEST) |

Pursuant to LR IA 6-1 and LR 26-3, Defendants and Plaintiff Eufemia Guillen ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend time for the parties to file their motions in limine in accordance with the court's Order Regarding Civil Trial (ECF No. 107) from the current deadline of February 28, 2025 through and including **March 14, 2025** and to extend the

current deadline for responses to motions in limine from March 14, 2025 through and including **March 28, 2025**. This is the first request for an extension of this specific deadline. The requested extension is sought in good faith and not for purposes of undue delay. The reasons for the extension are as follows:

1. Plaintiff's counsel, JAMES P. KEMP, ESQ., has been out of the country on a long-planned family commitment and will not return until March 7, 2025.

2. Plaintiff's counsel, BARBARA W. GALLAGHER, ESQ., is also at present out of the country on vacation.

3. Most importantly, the parties have been in earnest settlement discussions for the past month and have reached the material terms of a resolution of this matter, subject to and conditioned upon agreement to all remaining terms in a final written agreement which is being worked on by the parties.

4. Unfortunately, with both of Plaintiff's counsel out of the country and unable to meet with and discuss a proposed settlement agreement with Ms. Guillen until they return home, additional time will be needed to reach the final agreement.

5. With the strong probability of finalizing a settlement of the action in the coming two weeks, it does not make sense to spend time preparing and filing motions in limine, but the parties do not want to allow the deadline to go by without seeking this extension just in case there are any problems with finalizing a settlement agreement.

6. The parties believe that an additional two weeks will afford time for Plaintiff's counsel to return from their respective travel and meet with Ms. Guillen to complete the settlement agreement resolving the case. Under these circumstances good cause exists to extend the deadlines as set forth herein

Accordingly, additional time is needed and the parties request that the court grant this extension to file motions in limine through and including **March 14, 2025** and to extend time to respond to any motions in limine that may be filed until **March 28, 2025**.

IT IS SO STIPULATED.

Dated this 28th day of February 2025.         Dated this 28th day of February 2025.

KEMP & KEMP                                              SIMONS HALL JOHNSTON PC


_____/s/ James P. Kemp_____                _____/s/Sandra C. Ketner_____
James P. Kemp, Esq.                                      Anthony L. Hall, Esq.
                                                                      Sandra C. Ketner, Esq.

*Attorney for Plaintiff*                                    *Attorneys for Defendants*


**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____2/28/2025_____.

3