1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EUFEMIA GUILLEN,

      Plaintiff,

vs.

B.J.C.R. L.L.C., a Nevada Limited Liability Company; B.J.H.S., LLC., a Nevada Limited Liability Company; R.C.S.J., LLC, a Nevada Limited Liability Company; Dhilan One L.L.C., a Nevada Limited Liability Company; CHAMPAK LAL, an Individual; and BHARAT B. LAL, an Individual,

      Defendants.

Case No.: 3:20-cv-317-ART-CSD

**ORDER GRANTING**

**STIPULATION FOR
DISMISSAL WITH PREJUDICE**

      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to the dismissal of the above captioned action, including all claims asserted therein, with prejudice, with each party to bear each of their own costs and attorneys' fees, and

///
///
///
///
///
///
///
///

that no party will be considered a prevailing party in relation to this matter.

Dated this 5th day of September 2025.                    Dated this 5th day of September 2025.


SIMONS HALL JOHNSTON PC                                  KEMP & KEMP

By:    *s/ Sandra Ketner*                        By:    s/ James P. Kemp

Anthony L. Hall, Esq.                                    James P. Kemp, Esq.
Sandra C. Ketner, Esq.                                   KEMP & KEMP
SIMONS HALL JOHNSTON PC                                  7435 W. Azure Dr., Ste. 110
690 Sierra Rose Dr.                                      Las Vegas, Nevada 89130
Reno, Nevada 89511                                       jp@kemp-attorneys.com
AHall@SHJNevada.com                                      *Attorney for Plaintiff Eufemia Guillen*
sketner@shjnevada.com
*Attorneys for Defendants*
                                                         KIDWELL & GALLAGHER

                                                  By:    *s/ Barbara Gallagher*
                                                         Barbara W. Gallagher, Esq.
                                                         Kidwell & Gallagher
                                                         790 Commercial Street
                                                         Elko, Nevada 89801
                                                         barbara@kidwellgallagher.com
                                                         *Attorney for Plaintiff Eufemia Guillen*


## ORDER

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: September 5, 2025